# United States District Court

**NORTHERN** _____ **DISTRICT OF** _____ **TEXAS** _____

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

OFFICES OF 1-800 HOSTING, INC.,
LOCATED AT 3535 TRAVIS STREET,
SUITE 160, DALLAS, TEXAS; AND
3000 IRVING BOULEVARD,
DALLAS, TEXAS

**SEARCH WARRANT**

**CASE NUMBER:** 3:08-MJ- 207

**To: Special Agent Reginald Lee, U.S. Secret Service, and any Authorized Officer of the United States**

**Affidavit(s) having been made before me by Special Agent Reginald Lee, U.S. Secret Service, who has reason to believe that on the person of or on the property or premises known as** (name, description and/or

The offices of 1-800 Hosting, Inc., located at 3535 Travis Street, Suite 160, Dallas, Texas; and 3000 Irving Boulevard, Dallas, Texas

**in the** _____ **NORTHERN** _____ **District of** _____ **TEXAS** _____ **there is now concealed a certain person or property, namely** (describe the person or property to be seized)

Business records and documents and stored electronic data or computer files comprising evidence of crime, fruits of crime and instrumentalities used in the commission of violations of the criminal laws of the Russian Federation, and violations of the federal criminal law if the crimes were committed in the Northern District of Texas, including violations of Title 18 U.S.C. §§ 1341, 1030(a)(2) and (a)(5), pertaining to wire fraud and the unauthorized access to a protected computer system.

SEE AFFIDAVIT OF U.S. SECRET SERVICE SPECIAL AGENT REGINALD LEE

**I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.**

**YOU ARE HEREBY COMMANDED to search on or before** _June 16 2008_
**(not to exceed 10 days) the person or place named above in accordance with the procedures set out in Attachment B for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written preliminary inventory of the person or property seized in accordance with Attachment B and promptly return this warrant to** HONORABLE PAUL STICKNEY, United States Magistrate Judge **as required by law.**

_June 6, 2008 @ 1:45 PM_                    at ____ Dallas, Texas ____

Date and Time Issued                              City and State

HONORABLE PAUL D. STICKNEY
United States Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer

—All Documents related to customers who established and/or maintained the Web sites www.pinch2.com & www.Pinch3.com

→ All electronic data associated with the Websites www.pinch2.com & www.Pinch3.com.

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

**JUN 2 6 2008**

CLERK, U.S. DISTRICT COURT

By _____
              Deputy

---

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____        June 26 2008

U.S. Magistrate Judge                    Date

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/6/08 | 6/10/08 , 1515 | Chris Shaffer |

INVENTORY MADE IN THE PRESENCE OF

SA T. Matthews

**ATTACHMENT A**
**DESCRIPTION OF PREMISES TO BE SEARCHED**

The premises where the search warrant will be executed is described as the offices

and data center of 1-800-Hosting, located respectively at 3535 Travis St., Suite #160,

Dallas, TX 75204, and 3000 Irving Boulevard, Dallas, TX 75247.

## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED

The specific items to be searched and seized include any and all records, data or information associated with the websites www.pinch2.com and www.pinch3.com, including:

1.      Any and all electronic data related to or associated with either of the websites specified above;

2.      Any electronic mail or other communications to or from any e-mail address associated with either website specified above;

3.      Any and all records, in any form, that identify, relate or pertain to the customer(s) who established, operated, and/or maintained the websites www.pinch2.com and www.pinch3.com on any servers owned, leased or possessed by 1-800-Hosting, including any identifying, demographic, payment, financial, or transaction information, including but not limited to:

      a.      name(s);

      b.      address(es);

      c.      local and long distance telephone connection records, or records of session times and durations (such as dates, times);

      d.      length of service (including start date) and types of service utilized;

e.     telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address such as Internet Protocol (IP) address(es); and

f.     means and source of payment for such service (including any credit card or bank account number) for this account and associated accounts.

4.     All transaction or log files associated with either website specified above;

5.     Any identifying information, including domain name and IP address, of any other website leased, managed, administered, or controlled by, or subscribed to by any customer(s) or subscriber(s) or account(s) associated with either or both of the websites specified above;

6.     Any electronic mail or other communication from any other e-mail address or other user identification associated with any customer(s) or subscriber(s) or account(s) associated with the either or both of the websites specified above;

7.     Any other records and documents and stored electronic data or computer files comprising evidence of crime, fruits of crime and instrumentalities used in the commission of violations of the laws of the Russian Federation and that would constitute violations of the laws of the United States, including Title 18 United States Code, Section 1341, 1030(a)(2) and 1030(a)(5).